JOSEPHINE TRANELLO, Appellant, v. CITY OF ROCHESTER et al., Respondents.— Motion granted to prosecute appeal upon one typewritten transcript of trial minutes, original and five typewritten copies of judgment roll and five typewritten copies of appellant's brief.